IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02562-CMA-BNB

JEANETTE BOZONIER,

Plaintiff,

v.

MARK A. LEACHMAN, P.C., and
JOHN DOES 1 through 10, and
JANE DOES 1 through 10, inclusive,

Defendants.
_____

## ORDER
_____

Plaintiff's counsel appeared this morning for a scheduling conference. I am informed that service has not been completed against the defendants.

IT IS ORDERED:

(1)    The plaintiff is granted an extension of time, to and including February 28, 2013, within which to complete service of process; and

(2)    On or before March 1, 2013, the plaintiff shall file a status report addressing whether service was completed; when and how service was made; and proposing a date for the scheduling conference, if appropriate.

Dated February 7, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge